UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

HECTOR TAVERAS,
Defendant.

24-CR-197 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant Hector Taveras has moved for early termination of his three-year term of supervised release. (ECF No. 4.) The Government does not oppose the motion. (*See id.* at 1.)

The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release[[1]] . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In doing so, the Court may consider the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7). *Id.*

Having carefully considered the record, Taveras's motion, and the Section 3553(a) factors, the Court concludes that early termination of supervised release is warranted by Taveras's conduct and is in the interest of justice.

Accordingly, Mr. Taveras's motion for early termination of supervised release is GRANTED, and he is hereby discharged from supervised release.

The Clerk of Court is directed to terminate the motion at ECF No. 4.

SO ORDERED.

Dated: September 18, 2026
New York, New York

J. PAUL OETKEN
United States District Judge

[1] Taveras was released in October 2024, nearly two years ago. (*See* ECF No. 4 at 1.)